**No. 09-1431. Loretta K. Kelly, Warden, Petitioner v. Leon Jermain Winston.**

562 U.S. 947, 131 S. Ct. 127, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7661.

October 4, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 535.

**No. 09-1433. Schaghticoke Tribal Nation, Petitioner v. Ken L. Salazar, Secretary of the Interior, et al.**

562 U.S. 947, 131 S. Ct. 127, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7739,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 587 F.3d 132.

**No. 09-1451. Jeffery Dieffenbach, Petitioner v. John Brian Haworth, et al.**

562 U.S. 947, 131 S. Ct. 140, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7657.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 356 Fed. Appx. 529.

**No. 09-1456. John J. Rigas and Timothy J. Rigas, Petitioners v. United States.**

562 U.S. 947, 131 S. Ct. 140, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7717.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 583 F.3d 108.

**No. 09-1481. Cynthia Brzak, et al., Petitioners v. The United Nations, et al.**

562 U.S. 948, 131 S. Ct. 151, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7796.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 597 F.3d 107.

**No. 09-1488. Sally Cornejo, Individually and on Behalf of Her Minor Son, Kevin Salas, Petitioner v. Fredda Monn, et al.**

562 U.S. 948, 131 S. Ct. 158, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7750.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 592 F.3d 121.

**No. 09-1492. Missouri, Petitioner v. Robert R. Brooks.**

562 U.S. 948, 131 S. Ct. 159, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7848.

October 4, 2010. Motion of respondent for leave to proceed in forma pauperis

granted. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 304 S.W.3d 130.